THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EMANUEL CHOPER, Appellant.

(Submitted February 28, 1935; decided March 19, 1935.)

*Charles P. Sullivan, Acting District Attorney (Mordecai Konowitz* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.